IN THE COMMONWEALTH COURT OF PENNSYLVANIA

R.O.,                                         :
                  Petitioner                  :
                                              :
        v.                                    :        No. 256 M.D. 2020
                                              :
Mr. Tyree C. Blocker, State                   :
Police Commissioner,                          :
                  Respondent                  :


**PER CURIAM**                    **O R D E R**


NOW, September 26, 2023, upon consideration of Petitioner's application for reconsideration, and Respondent's answer in response thereto, the application is DENIED.